BEFORE THE FIRST DIVISION, DECEMBER 23, 1943

**No. 49054.**—Protest 27404–K of H. P. Lambert Co., Inc. (Boston).

Opinion by WALKER, J. In accordance with stipulation of counsel that the kelp meal is the same as that involved in *Centennial Flouring Mills Co.* v. *United States* (29 C. C. P. A. 264, C. A. D. 200) the claim for free entry was sustained.

**No. 49055.**—Protests 39599–K, etc., of Stanley Doggett, Inc. (New York).

. Opinion by WALKER, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the vegetable logwood extract passed upon in *Stanley Doggett, Inc.* v. *United States* (10 Cust. Ct. 161, C. D. 744), which record was incorporated herein, the claim at 20 percent under paragraph 71 was sustained.

**No. 49056.**—Protest 63814–K/90482 of Wilson Sporting Goods Co. (Chicago).

Opinion by WALKER, J. It was stipulated that the merchandise in question consists of willow cowhide sides the same in all material respects as those involved in Abstract 47787. In accordance therewith the protest was sustained to this extent.

**No. 49057.**—Protest 101302–K of New York Mdse. Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), which record was incorporated herein, the protest was sustained to this extent.

**No. 49058.**—Protest 102898–K of New York Mdse. Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), which record was incorporated herein, the protest was sustained to this extent.